# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2011

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Collins, Audrey B. | U.S. District Court | 05/07/2012 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Chief U. S. District Judge, Active | ☐ Nomination     Date<br>☐ Initial   ☑ Annual   ☐ Final<br>5b. ☐ Amended Report | 01/01/2011<br>to<br>12/31/2011 |

**7. Chambers or Office Address**

Edward Roybal Federal Building
255 E. Temple St., Ste. 670
Los Angeles, CA 90012

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 1994-2011 | Los Angeles County Retirement Association (No Control) |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Collins, Audrey B. | 05/07/2012 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2011 | Los Angeles County Retirement Association (LACERA) | $35,944.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2011 | Los Angeles County Retirement Association (LACERA) |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Collins, Audrey B. | 05/07/2012 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑  NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑  NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Collins, Audrey B. | 05/07/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets)  Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. Chase (previously Washington Mutual) | A | Interest | L | T | | | | | |
| 2. Charles Schwab Brokerage | | | | | | | | | |
| 3. -- Roche Holding Company | A | Dividend | K | T | | | | | |
| 4. -- Givaudan (split from Roche) | A | Dividend | J | T | | | | | |
| 5. -- Schwab Money Market Fund | A | Dividend | J | T | | | | | |
| 6. Dodge & Cox Balanced Fund | A | Dividend | K | T | | | | | |
| 7. American Century Ginnie Mae | A | Dividend | J | T | | | | | |
| 8. IRA #1 - Charles Schwab | C | Dividend | N | T | | | | | |
| 9. -- MRK | | | | | | | | | |
| 10. -- MHS | | | | | | | | | |
| 11. -- PHSY (Now PHS) | | | | | | | | | |
| 12. -- Gilead | | | | | | | | | |
| 13. -- VTSMX | | | | | | | | | |
| 14. -- Roche Holding | | | | | | | | | |
| 15. -- JAWWX | | | | | | | | | |
| 16. -- FCVSX | | | | | | | | | |
| 17. -- TWIEX | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Collins, Audrey B. | 05/07/2012 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18.  -- TBGVX | | | | | | | | | |
| 19.  -- VFIIX | | | | | | | | | |
| 20.  -- FTCHX | | | | | | | | | |
| 21.  -- GABGX | | | | | | | | | |
| 22.  -- JAMRX | | | | | | | | | |
| 23.  -- VTSMX | | | | | | | | | |
| 24.  -- VIVAX | | | | | | | | | |
| 25.  -- NAESX | | | | | | | | | |
| 26.  IRA #2 - Charles Schwab See Section VIII | | | | | | | | | |
| 27.  -- MRK | | | | | | | | | |
| 28.  -- MHS | | | | | | | | | |
| 29.  -- PHS | | | | | | | | | |
| 30.  -- Gilead | | | | | | | | | |
| 31.  -- Integrated Devices Tech. | | | | | | | | | |
| 32.  -- Cypress Semi-Conductor | | | | | | | | | |
| 33.  -- Roche Holding | | | | | | | | | |
| 34.  -- BGNMX | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Collins, Audrey B. | 05/07/2012 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | | | | | | |
| 36. | Mutual Beacon | A | Dividend | J | T | | | | | |
| 37. | County of L.A. Savings Plan (See Sect. VIII) | A | Interest | K | T | | | | | |
| 38. | --Savings Stable Value Fund (See Sect. VIII) | | | | | | | | | |
| 39. | --Bank Depository Fund (See Sect. VIII) | | | | | | | | | |
| 40. | --Savings 2020 Target Date Fund (See Sect. VIII) | | | | | | | | | |
| 41. | T. Rowe Price Equity Income | A | Dividend | J | T | | | | | |
| 42. | Janus Worldwide Fund | A | Dividend | J | T | | | | | |
| 43. | Victory Investment Grade Convertible | A | Dividend | J | T | | | | | |
| 44. | Torray Fund | A | Dividend | K | T | | | | | |
| 45. | GAMCO Westwood Equity Fund (also known as Gabelli) | A | Dividend | J | T | | | | | |
| 46. | Mairs & Power Growth Fund | A | Dividend | K | T | | | | | |
| 47. | The Royce Fund | A | Dividend | K | T | | | | | |
| 48. | Greenspring Fund, Inc. | A | Dividend | J | T | | | | | |
| 49. | LA County Deferred Comp & Thrift Plan (See Sect VIII) | A | Interest | K | T | | | | | |
| 50. | Royalty Interest, Los Angeles County, California | B | Royalty | J | T | | | | | |
| 51. | Royalty Interest, Los Angeles County, California | A | Royalty | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U - Book Value | V - Other | W - Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Collins, Audrey B. | 05/07/2012 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

VII. INVESTMENTS AND TRUSTS

Line 26: On April 22, 2008,            rolled over his entire IRA to the Los Angeles County Employees Retirement Association (LACERA), another qualified distribution plan. The rolled-over funds were subsequently used to purchase additional years of County service for retirement.            no longer has custody or control of these funds. This IRA no longer exists. See also 2008 report at Section VIII.

Line 35: The Citibank account, formerly on line 35, now fails the qualifying reporting requirements. No income was generated & its gross value was well under $5000.

Line 37: County of Los Angeles Savings Plan - In May and June, 2008,            rolled-over his funds from his County of Los Angeles Savings Plan to the Los Angeles County Employees Retirement Association (LACERA), another qualified distribution plan. The rolled-over funds were subsequently used to purchase additional years of County service for his retirement. However,      continued to contribute until his retirement from Los Angeles County on October 5, 2009. The value of these contributions & interest is reflected on line 37. See also 2008 Report at Section VIII for more details.

Lines 38-40: Investments within the County of Los Angeles Savings Plan - In October 2007,            transferred his investment in the County of Los Angeles to the Savings Stable Value Fund, formerly the Stable Value Fund, and the Bank Depository Fund, formerly the City National Bank Fund. See also 2008 Report at Section VIII for more details. On May 4, 2010,            transferred $10,475.97 (100% of      investment) from the Bank Depository Fund to the Savings 2020 Target Date Fund. On May 4, 2010,            also transferred $5,353.02 (50% of his investment in the Savings Stable Value Fund) from that fund to the Savings 2020 Target Date Fund.      has not been eligible to contribute and has not contributed to this plan since      retirement on October 5, 2009.

Line 49. Los Angeles County Deferred Compensation and Thrift Plan - In May & June, 2008,            rolled-over funds in his Los Angeles County Deferred Compensation and Thrift Plan to the Los Angeles County Employees Retirement Association (LACERA), another qualified distribution plan. The rolled-over funds were subsequently used to purchase additional years of County service for retirement.            no longer has custody or control of these funds. However,      continued to contribute until      retirement from Los Angeles County on October 5, 2009.      has not contributed since      retirement. The value of these contributions & interest is reflected on line 49.

| Name of Person Reporting | Date of Report |
|---|---|
| Collins, Audrey B. | 05/07/2012 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Audrey B. Collins**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544